**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7701**

---

JACOB MUHAMMAD FARRAKHAN,

Plaintiff - Appellant,

versus

RONALD MOATS, Warden; MUHAMMAD SALAAM, Islamic
Chaplain; CAPTAIN HARNE; RICHARD LANHAM,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-95-
1081-AM)

---

Submitted:  January 6, 1998          Decided:  March 17, 1998

---

Before NIEMEYER and LUTTIG, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jacob Muhammad Farrakhan, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Baltimore, Maryland; Richard M. Kastendieck,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Jacob Muhammad Farrakhan, a Maryland inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint. Farrakhan's claim that the confiscation of his religious cassette tape violated the Religious Freedom Restoration Act is moot in light of the Supreme Court's finding that the Act is unconstitutional.[*] We have reviewed the record and the district court's opinions granting summary judgment on Farrakhan's remaining claims and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Farrakhan v. Moats</u>, No. CA-95-1081-AM (D. Md. Dec. 22, 1995 and Oct. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>See</u> <u>City of Boerne v. Flores</u>, ___ U.S. ___, 65 U.S.L.W. 4612 (U.S. June 25, 1997) (No. 95-2074).

2